```
        IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF ARKANSAS
                 JONESBORO DIVISION
```

DETRICE HEWLETT                                           PLAINTIFF

v.                    CASE NO. 3:10-cv-00200-JTK

MICHAEL J. ASTRUE, *Commissioner*,
Social Security Administration                            DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED AND ADJUDGED that the final determination of the Commissioner is affirmed, and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 27th day of June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE